**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**ABDUR FUSEINI,**

                **Plaintiff,**
     **vs.**                            **9:02-CV-1127**

**DANIEL A. SENKOWSKI, Superintendent,**
**Clinton Correctional Facility; T. KURTZ;**
**W. PERKINS; JEFFREY REISDORF;**
**R. GLASCOCK; DOCTOR TIM QUAIN,**

                **Defendants.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**


**DECISION & ORDER**

    This civil action was referred by this Court to the Hon. Gustave J. DiBianco, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c). No objections to the Report-Recommendation dated March 21, 2005 have been filed. Furthermore, after examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. Accordingly, this Court adopts the Report-Recommendation for the reasons stated therein.

    It is therefore,

    **ORDERED** that Defendants' motion to dismiss (dkt. # 36) is

1

**GRANTED,** and the Complaint is **DISMISSED WITHOUT PREJUDICE** as to the excessive force claim as against Defendants **PERKINS, REISDORF, and GLASCOCK;** and it is further

**ORDERED** that Defendants' motion for summary judgment (dkt # 36) is **GRANTED,** and the Complaint is **DISMISSED WITH PREJUDICE** as to all other defendants for all other claims.

The Clerk of the Court is directed to close the file in this case.

**IT IS SO ORDERED.**

DATED:    September 28, 2005

*Thomas J. McAvoy*
Thomas J. McAvoy
Senior, U.S. District Judge